AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas Harley,<br>*Plaintiff*<br>v.<br>Nikki R. Haley; Alan Wilson; Kela E. Thomas;<br>Larry Ray Patton, Jr.; Bryant Stirling,<br>*Defendants* | Civil Action No.  0:14-cv-03500-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Thomas Harley, shall take nothing of the defendants, Nikki R. Haley, Alan Wilson, Kela E. Thomas, Larry Ray Patton, Jr., Bryant Stirling, from the complaint filed and the federal § 1983 are dismissed without prejudice and without issuance and service of process.  The remaining state law claims are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the federal § 1983 claims without prejudice. The remaining state law claims are dismissed without prejudice.

Date:  June 2, 2015

*ROBIN L. BLUME, CLERK OF COURT*

*s/G. Mills*

*Signature of Clerk or Deputy Clerk*